On Denial of Petition for Rehearing—
W. JONES, Justice.
Respondents, Pat and Monica Gunter (“Gunters”), petition this Court for rehearing in this matter.
The Gunters contend that Idaho law indicates a preference for the liens of vendors against other liens. The Gunters contend that Idaho should follow the law of other states which grant priority to vendor purchase money mortgages. See Sutton Funding, LLC v. Mueller, 278 S.W.3d 702, 704-05 (Mo.Ct.App.2009); ALH Holding Co. v. Bank of Telluride, 18 P.3d 742 (Colo.2000); Giragosian v. Clement, 199 A.D.2d 656, 604 N.Y.S.2d 983 (N.Y.A.D. 3 Dept.1993).
The Gunters thus contend for the first time that they had a vendor’s lien on the property, which should take priority. This is a distinct theory from the purchase money mortgage theory on which this ease was originally brought. This Court will not consider issues raised for the first time on appeal. Clear Springs Foods, Inc. v. Spackman, 150 Idaho 790, 812, 252 P.3d 71, 93 (2011). Much less will this Court consider arguments raised for the first time on petition for rehearing after a decision has been rendered. The Gunters’ petition for rehearing is therefore denied.